UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

___

**CASE AND DEADLINE INFORMATION**

Civil Action No.: `2:21-cv-00436-JRG-RSP`

Name of party requesting extension: `Guangdong OPPO Mobile Telecommunications C`

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: `5/10/2022`

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: `6/30/2022`   *(Required)*

___

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: `Melissa Richards Smith`
State Bar No.: `24001351`
Firm Name: `GILLAM & SMITH, LLP`
Address: `303 South Washington Avenue`
`Marshall, Texas  75670`

Phone: `(903) 934-8450`
Fax:   `(903) 934-9257`
Email: `melissa@gillamsmithlaw.com`

A certificate of conference does not need to be filed with this unopposed application.