# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMODAL MEDIA LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>GUANGDONG OPPO MOBILETELECOMMUNICATIONS CORP., LTD.,<br><br>      Defendant. | C.A. No. 2:21-cv-00436-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd., by and through its undersigned counsel, provides the following corporate disclosure statement:

Guangdong Oppo Mobile Telecommunications Corp., Ltd. is not a publicly traded corporation. No publicly held corporation owns 10 percent or more of Guangdong Oppo Mobile Telecommunications Corp., Ltd.'s stock. Guangdong Oplus Holdings Corp., Ltd. is the parent corporation of Guangdong Oppo Mobile Telecommunications Corp., Ltd.

Dated: August 4, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa Richards Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

- 1 -

        Steven A. Moore
        Nicole S. Cunningham
        Moore IP Law PC
        4321 Balboa Ave, Suite 404
        San Diego, CA 92117
        (760) 807-8651
        steve@mooreiplaw.net
        nicole@mooreiplaw.net

        **ATTORNEYS FOR DEFENDANT GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD.**

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of August 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/Melissa R. Smith*
                                                      Melissa R. Smith