# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMODAL MEDIA LLC, | Case No. 2:21-cv-00436-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., | |
| Defendant. | |

## PLAINTIFF MULTIMODAL MEDIA LLC'S NOTICE OF COMPLIANCE WITH SERVICE OF ITS P.R. 4-2 DISCLOSURES TO DEFENDANT

Plaintiff Multimodal Media LLC ("Multimodal" or "Plaintiff") respectfully notifies the Court that it has complied with the First Amended Docket Control Order (Dkt. 36) in this case by serving its P.R. 4-2 Disclosures on all counsel of record for Defendant Guangdong Oppo Mobile Telecommunications Corp., Ltd. ("OPPO"), via electronic mail on December 20, 2022.

Dated: December 20, 2202          Respectfully submitted,

/s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: 903-938-8321
Facsimile: 903-215-8510

***ATTORNEYS FOR PLAINTIFF,
MULTIMODAL MEDIA LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 20, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Alfred R. Fabricant*
Alfred R. Fabricant