IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIMODAL MEDIA LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> GUANGDONG OPPO MOBILE § <br> TELECOMMUNICATIONS CORP., LTD., § <br> § <br> *Defendant*. § | Case No. 2:21-cv-00436-JRG-RSP |

## ORDER APPOINTING TECHNICAL ADVISOR

It is **ORDERED** that David Keyzer is appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendant and timely paid as billed. Mr. Keyzer's contact information is as follows:

David Keyzer
Law Office of David Keyzer, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Phone: (916) 243-5259
Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to david@keyzerlaw.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Keyzer within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Keyzer no later than one business day after filing future claim construction material.

**SIGNED this 1st day of March, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE