## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MULTIMODAL MEDIA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GUANGDONG OPPO MOBILETELECOMMUNICATIONS CORP., LTD.,<br><br>    Defendant. | C.A. No. 2:21-cv-00436-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF COMPLIANCE

Defendant Guangdong OPPO Mobile Telecommunications Corp., Ltd. hereby provides notice to the Court that it has complied with the Court's September 6, 2022, First Amended Docket Control Order [Dkt. No. 36], by submitting its technical tutorial to the Court via hand delivery on March 3, 2023. A copy of the technical tutorial has been served upon Plaintiff's counsel of record and the technical advisor via email.

1

| | |
|---|---|
| DATED:  March 3, 2023 | Respectfully submitted,<br><br>*/s/ Melissa R. Smith*<br>Melissa R. Smith<br>State Bar No. 24001351<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email:  melissa@gillamsmithlaw.com<br><br>Steven A. Moore<br>Nicole S. Cunningham<br>Moore IP Law PC<br>4321 Balboa Ave, Suite 404<br>San Diego, CA 92117<br>(760) 807-8651<br>steve@mooreiplaw.net<br>nicole@mooreiplaw.net<br><br>***ATTORNEYS FOR DEFENDANT GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD.*** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this 3rd day of March, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith