# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMODAL MEDIA LLC, | Case No. 2:21-cv-00436-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., | |
| Defendant. | |

## DECLARATION OF ALFRED R. FABRICANT IN SUPPORT OF PLAINTIFF MULTIMODAL MEDIA LLC'S OPENING CLAIM CONSTRUCTION BRIEF

I, Alfred R. Fabricant, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. I am competent to testify as to all matters stated, and I am not under any legal disability which would in any way preclude me from testifying.

2. I am a Partner at the law firm of Fabricant LLP and counsel of record for Plaintiff Multimodal Media LLC, in this matter.

3. The exhibits attached to this declaration may contain annotations and/or excerpts of the originals. Plaintiff stands ready to make complete versions of these exhibits available upon request.

4. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,929,949, issued April 19, 2021.

5. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 8,107,978, issued January 31, 2012.

6. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 9,185,227, issued November 10, 2015.

7. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 10,552,030, issued February 4, 2020.

8. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 8,161,116, issued April 17, 2012.

9. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of Joseph C. McAlexander, February 14, 2023.

10. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Joseph C. McAlexander, III Regarding Claim Construction, dated January 20, 2023.

11. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Dr. George Edwards, dated January 20, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2023 in Rye, New York.

/s/ Alfred R. Fabricant
Alfred R. Fabricant